IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00092-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. MIGUEL VALENTIN-GONZALEZ,

 Defendant.
_____

### ORDER SETTING TRIAL DATES AND DEADLINES
_____

  This matter has been scheduled for a three-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **April 27, 2009 at 8:00 a.m.** It is

  ORDERED that all pretrial motions shall be filed by **March 18, 2009** and responses to these motions shall be filed by **March 25, 2009**. It is further

  ORDERED that a Trial Preparation Conference is set for **April 24, 2009 at 10:00 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

  The parties shall be prepared to address the following issues at the Trial Preparation Conference:

  1) jury selection;

  2) sequestration of witnesses;

  3) timing of presentation of witnesses and evidence;

  4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.


DATED March 3, 2009.

                                       BY THE COURT:

                                       s/Philip A. Brimmer
                                       PHILIP A. BRIMMER
                                       United States District Judge